IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TINA MCCORD**                                                                                          **PLAINTIFF**

v.                                                          Civil No. 1:24-cv-289-HSO-BWR

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                                        **DEFENDANTS**

<u>FINAL JUDGMENT</u>

In accord with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITHOUT PREJUDICE** for a lack of standing.

**SO ORDERED AND ADJUDGED**, this the 16th day of May, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE